IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY ARENDT,<br><br>　　　　　Plaintiff,<br>v.<br><br>A.W. CHESTERTON, a corporation; CBS CORPORATION, a corporation; GARLOCK SEALING TECHNOLOGIES, LLC, a corporation; GENERAL ELECTRIC COMPANY, a corporation; OWENS-ILLINOIS, INC., a corporation; and RAPID-AMERICAN CORPORATION, a corporation,<br><br>　　　　　Defendants. | In Re Asbestos Litigation MDL 875<br><br>Case No. 2:09-CV-91900-ER |

**DEFENDANT RAPID-AMERICAN CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS**

NOW COMES the defendant, Rapid-American Corporation ("Rapid"), by its attorneys, MENN LAW FIRM, LTD., and hereby moves the Court as follows:

To dismiss the above-captioned action against Rapid because the plaintiff has failed to serve Rapid within 120 days after filing the complaint as required by Fed. R. Civ. Pro. 4(m). This brief is supported by the accompanying brief and affidavit of Mark R. Feldmann.

**NOTICE OF MOTION**

To:　All Counsel (Certificate of Service)

PLEASE TAKE NOTICE that the undersigned will bring the above motion on for hearing, if such hearing is determined necessary by the Court, on the date, and at the time as set by the Court.

Dated this 29th day of January, 2010.

        MENN LAW FIRM, LTD.
        Attorneys for the Defendant,
        Rapid-American Corporation

        BY: /S/MARK R. FELDMANN
        Mark R. Feldmann
        State Bar No. 1017847

<u>P.O. ADDRESS:</u>

2501 East Enterprise Avenue
P.O. Box 785
Appleton, WI 54912-0785
PHONE: 920.731.6631
FAX: 920.734.0981
EMAIL: mark-feldmann@mennlaw.com