# EXHIBIT A



| NO. | LAST | FIRST | PA-ED CASE | FILING DEFENDANTS |
|---|---|---|---|---|
| 1 | ARENDT | ANTHONY | 09-CV-91900 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; OWENS-ILLINOIS, INC. D/B/A O-I |
| 2 | BINDER | ROBERT | 10-CV-67817 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC |
| 3 | BRISEVAC | MICHAEL | 08-CV-91236 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS, INC. D/B/A O-I |
| 4 | BRIX | GERALD | 09-CV-65679 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY |
| 5 | BURKEE | JAMES | 10-CV-83247 | GEORGIA-PACIFIC LLC |
| 6 | BURZYSNKI | MILO | 11-CV-62393 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC; OWENS-ILLINOIS, INC. D/B/A O-I UNION CARBIDE CORPORATION |

| NO. | LAST | FIRST | PA-ED CASE | FILING DEFENDANTS |
|-----|------|-------|------------|-------------------|
| 7 | CASHMAN | ROBERT | 08-CV-91240 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS, INC. D/B/A O-I |
| 8 | CHILDS | EARL | 08-CV-91089 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC; I U NORTH AMERICA INCORPORATED; NOSROC CORPORATION |
| 9 | COURNEYA | MARTIN | 09-CV-92434 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC; OWENS-ILLINOIS, INC. D/B/A O-I |
| 10 | DOWELL | CHARLES | 08-CV-91356 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC; UNION CARBIDE CORPORATION |
| 11 | GEBHARDT | GEORGE | 09-CV-93716 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY |
| 12 | GUNN | CHARLES | 08-CV-91371 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; UNION CARBIDE CORPORATION |

| NO. | LAST | FIRST | PA-ED CASE | FILING DEFENDANTS |
|---|---|---|---|---|
| 13 | HAKES | DONALD | 10-CV-68063 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GENERAL ELECTRIC COMPANY; GEORGIA-PACIFIC LLC; OWENS-ILLINOIS, INC. D/B/A O-I; UNION CARBIDE CORPORATION |
| 14 | JOHNSON | JAMES | 09-CV-91456 | UNION CARBIDE CORPORATION |
| 15 | JONES | JOE | 09-CV-92262 | OWENS-ILLINOIS, INC. D/B/A O-I; UNION CARBIDE CORPORATION |
| 16 | KELLY | DARYL | 09-CV-91463 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS, INC. D/B/A O-I; UNION CARBIDE CORPORATION |
| 17 | KLOBUCAR | EDWARD | 08-CV-90290 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS D/B/A O-I |
| 18 | KRAUSE | CLARENCE | 10-CV-62007 | GEORGIA-PACIFIC LLC |
| 19 | LOVE | HOWARD | 10-CV-80835 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC; OWENS-ILLINOIS, INC. D/B/A O-I |
| 20 | LUCAS | TEOLA | 10-CV-67426 | UNION CARBIDE CORPORATION |
| 21 | MARTIN | RAY | 10-CV-67425 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC; UNION CARBIDE CORPORATION |
| 22 | MASLOWSKI | DONALD | 10-CV-61487 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC |

| NO. | LAST | FIRST | PA-ED CASE | FILING DEFENDANTS |
|-----|------|-------|------------|-------------------|
| 23 | MCCORMICK | JOHN | 10-CV-65844 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS D/B/A O-I |
| 24 | NELSON | MARLIN | 10-CV-61956 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS, INC. D/B/A O-I |
| 25 | PARKER | STANLEY | 08-CV-91054 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC; I U NORTH AMERICA INCORPORATED; NOSROC CORPORATION |
| 26 | PROPP | DUANE | 08-CV-90332 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC |
| 27 | RATLIFF | CHARLES | 10-CV-67135 | UNION CARBIDE CORPORATION |
| 28 | RORER | THEODORE | 08-CV-91155 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; OWENS-ILLINOIS, INC. D/B/A O-I |
| 29 | SOBIERAJSKI | THOMAS | 10-CV-68054 | UNION CARBIDE CORPORATION |
| 30 | STRERATH | WILLIAM | 11-CV-63496 | BAYER CROPSCIENCE, INC. AS CORPORATE SUCCESSOR TO AMCHEM PRODUCTS, INC. (INCORRECTLY NAMED AND SERVED AS BENJAMIN FOSTER A DIVISION OF AMCHEM PRODUCTS, INC. N/K/A RHONE POULENC INC.); CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; GEORGIA-PACIFIC LLC; UNION CARBIDE CORPORATION |

| NO. | LAST | FIRST | PA-ED CASE | FILING DEFENDANTS |
|-----|------|-------|------------|-------------------|
| 31 | SWEET | J.D. | 09-CV-90821 | CBS CORPORATION, A DELAWARE CORPORATION, F/K/A VIACOM, INC., SUCCESSOR BY MERGER TO CBS CORPORATION, A PENNSYLVANIA CORPORATION, F/K/A WESTINGHOUSE ELECTRIC CORPORATION; MAREMONT CORPORATION; OWENS-ILLINOIS, INC. D/B/A O-I |