IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (No. VI) | MDL DOCKET NO. MDL 875 |
| THIS DOCUMENT RELATES TO: Cases listed on attached Exhibit A | |

**Plaintiffs' Combined Motion and Memorandum for leave to File Certain Documents under Seal**

Plaintiffs and Dr. Henry Anderson move this Court for leave to file certain documents under seal, and hereby request an order to this effect, pursuant to Local Rule of Civil Procedure 5.1.5.(a)(2). In support of this motion, plaintiffs and Dr. Anderson state as follows:

## INTRODUCTION

1. On December 20, 2011, the Court issued an order setting out requirements for the production of documents relating to the "positive" and "negative" dates of Drs. Alvin Schonfeld and Henry Anderson; the daily volume of "screening", and other issues outlined in the Court's December 9, 2011 omnibus order. (*See* Exhibit B.)

2. Plaintiffs have completed a production of over 7,000 pages of documents in response to the December 9, 2011 and December 20, 2011 orders.

3. However, as set forth more fully in the Combined Motion and Memorandum to Reconsider Order Entered December 20, 2011, filed on January 11, 2012 (" Plaintiffs Motion to Reconsider") (*See* Exhibit C), plaintiffs continue to assert objections and claims of privilege

1

and/or protection under Fed. R. Civ. P. 26. As explained in Plaintiffs Motion to Reconsider, Plaintiffs seek leave to produce certain of those documents to the Court under seal:

> "... Without waiving objections, plaintiffs will produce under seal as Rule 26 protected retained expert documents Dr. Anderson's session notes and database data for CVLO clients with pending cases, as well as "other communications" (*e.g.*, cover letters) that were withheld from plaintiffs' production pursuant to the court's December 9 and 20, 2011 orders." [Exh. C, p. 3]

4. In addition to the reasons outlined above, filing under seal is necessary for any *in camera* review by the Court.

5. Plaintiffs must first obtain permission from the Court to file these documents under seal, pursuant to Local Rule of Civil Procedure 5.1.5.(a)(2), which states:

> "...[A] document in a civil action may be filed under seal only if:
> (2) the Court orders the document sealed."

Wherefore, the plaintiffs on the attached Exhibit A and Dr. Henry Anderson ask this Court to enter an order granting them leave to file under seal certain documents as outlined in their January 11, 2012 Motion to Reconsider.

Dated: January 16, 2012

_____
Attorney for plaintiffs and Dr. Henry Anderson

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
mcascino@cvlo.com